| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Marvel, Paige | 2. Court or Organization United States Tax Court | 3. Date of Report 12/30/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

UNITED STATES TAX COURT
400 SECOND STREET, N.W.
WASHINGTON, D.C. 20217

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Partnership #1 |
| 2. | Custodian | 529 Acct. #4 |
| 3. | Trustee | REH Irrevocable Trust |
| 4. | Trustee | LHH Revocable Trust |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, Paige | 12/30/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | RBC Traditional IRA Distribution | $25,500.00 |
| 2. 2013 | U.S. Tax Court Retirement Pay | $131,006.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Maryland State Retirement Agency distribution (457 Plan) |
| 2. 2013 | Maryland Teachers and State Employees distribution |
| 3. 2013 | RBC Roth IRA distributions |
| 4. 2013 | Fidelity IRA distributions |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 12/10/13 - 12/13/13 | Las Vegas, NV | To speak at ABA Tax Section's 3rd Annual Natl. Institute on Tax Controversy | Flight, Taxi, Meals & Incidentals (Lodging cost paid directly to hotel by the Institute) |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marvel, Paige** | 12/30/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Aspen Publishers | Complimentary copy, Mergers, Acquisitions & Buyouts, and update for prof. use | $600.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Washington University in St. Louis | Tuition Payment Plan Loan | K |
| 2. | U.S. Dept. of Education | Student Loans | K |
| 3. | Washington University in St. Louis | Student Loans | J |
| 4. | Emory University | Student Loans | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, Paige | 12/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 33% pship. interest, Margaret's Landing Partnership | | None | K | W | | | | | |
| 2. USAA Subscribers Savings Account | B | Distribution | J | T | | | | | |
| 3. USAA Fed. Savings Bank Accts. #1 | A | Interest | J | T | | | | | |
| 4. USAA Fed. Savings Bank Accts. #2 | A | Interest | J | T | | | | | |
| 5. M&T Bank accts. | A | Interest | K | T | | | | | |
| 6. T. Rowe Price Acct. (H): | | | | | | | | | |
| 7. -Growth Stock Fund | A | Dividend | L | T | | | | | |
| 8. -Maryland Bond Fund | A | Dividend | J | T | Buy (add'l) | 03/20/13 | J | | |
| 9. | | | | | Redeemed (part) | 08/20/13 | J | | |
| 10. | | | | | Redeemed (part) | 10/03/13 | J | | |
| 11. RBC Brokerage Acct. (H): | | | | | | | | | |
| 12. -Shares, ADT Corporation | A | Dividend | | | Sold | 08/08/13 | J | C | |
| 13. -Shares, AT&T Inc. | A | Dividend | J | T | | | | | |
| 14. -Shares, Advent Claymore Conv. Sec. & Income Fund | A | Dividend | | | Sold | 12/13/13 | J | | |
| 15. -Common, Bristol Myers Squibb Co. | A | Dividend | K | T | | | | | |
| 16. -Common, Centerpoint Energy Inc. (X) | A | Dividend | J | T | | | | | |
| 17. -Common, Cisco Systems Inc. | A | Dividend | | | Sold | 12/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Marvel, Paige | 12/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Shares, Covidien PLC | A | Dividend | K | T | | | | | |
| 19. -Common, Exxon Mobil Corp | B | Dividend | L | T | | | | | |
| 20. -Common, Fresenius Med Care Aktiengesellschaft ADR | A | Dividend | J | T | | | | | |
| 21. -Common, General Electric Co. | A | Dividend | K | T | | | | | |
| 22. -Common, Heinz H J Co. | | None | | | Sold | 03/05/13 | J | D | |
| 23. -Shares, Mallinckrodt PLC | A | Int./Div. | J | T | Spinoff (from line 18) | 07/01/13 | J | | |
| 24. -Shares, Pentair Ltd. | A | Dividend | J | T | | | | | |
| 25. -Common, Pfizer Inc. | A | Dividend | J | T | | | | | |
| 26. -Shares, PNC Financial Services Group, Inc. | A | Dividend | J | T | | | | | |
| 27. -Shares, TE Connectivity Ltd. | A | Dividend | K | T | | | | | |
| 28. -Common, Tyco Intl Ltd | A | Dividend | J | T | | | | | |
| 29. -Shares, UDR Inc. | B | Dividend | K | T | | | | | |
| 30. -Shares, Verizon Communications | A | Dividend | J | T | | | | | |
| 31. -Shares, U.S. Govt. Money Mkt. Fund RBC Reserve Class | A | Dividend | K | T | Sold (part) | 01/28/13 | J | | |
| 32. | | | | | Sold (part) | 02/25/13 | J | | |
| 33. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 34. | | | | | Sold (part) | 03/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, Paige | 12/30/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 04/30/13 | J | | |
| 36. | | | | | Sold (part) | 05/25/13 | J | | |
| 37. | | | | | Sold (part) | 06/27/13 | J | | |
| 38. | | | | | Sold (part) | 07/23/13 | J | | |
| 39. | | | | | Sold (part) | 08/22/13 | J | | |
| 40. | | | | | Sold (part) | 09/23/13 | J | | |
| 41. | | | | | Sold (part) | 10/24/13 | J | | |
| 42. | | | | | Sold (part) | 11/25/13 | J | | |
| 43. | | | | | Sold (part) | 12/24/13 | J | | |
| 44. Fidelity Brokerage Rollover IRA: | E | Dividend | O | T | | | | | |
| 45. -Fidelity New Markets Income | | | | | | | | | |
| 46. -Spartan 500 Index | | | | | | | | | |
| 47. -Fidelity Strategic Real Return | | | | | | | | | |
| 48. -Fidelity Contrafund | | | | | Buy (add'l) | 12/13/13 | J | | |
| 49. -Fidelity Equity-Income | | | | | | | | | |
| 50. -Fidelity GNMA Fund | | | | | | | | | |
| 51. -Fidelity Government Income | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, Paige | 12/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Fidelity Low-Priced Stock | | | | | Sold (part) | 02/15/13 | J | C | |
| 53. | | | | | Buy (add'l) | 09/06/13 | J | | |
| 54. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 55. -Fidelity Select Biotechnology | | | | | | | | | |
| 56. -Fairholme Fund | | | | | Buy (add'l) | 12/27/13 | J | | |
| 57. -Oakmark Select I | | | | | | | | | |
| 58. -Loomis Sayles Bond Retail Shares | | | | | | | | | |
| 59. -Pimco Real Return Class D | | | | | | | | | |
| 60. -Permanent Portfolio | | | | | | | | | |
| 61. -Vanguard Inflation Protected Secs. | | | | | | | | | |
| 62. -Wasatch Ultra Growth | | | | | Sold (part) | 01/23/13 | J | B | |
| 63. -Wasatch International Growth | | | | | Buy (add'l) | 01/23/13 | J | | |
| 64. -Shares, Seaspan Corp. | | | | | | | | | |
| 65. -Shares, Berkshire Hathaway Inc. Cl B | | | | | | | | | |
| 66. -CPFL Energia S A Sponsored ADR | | | | | | | | | |
| 67. -Shares, Dendreon Corp. (Y) | | | | | | | | | |
| 68. -Shares, EMC Corp. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Shares, First Tr ISE Chindia Index FD | | | | | | | | | |
| 70. -Shares, Goldman Sachs Group Inc. | | | | | | | | | |
| 71. -Shares, Greenhaven Continuous Commodity Index Fund | | | | | | | | | |
| 72. -ISHARES INC. MSSCI Bric Index Fund | | | | | | | | | |
| 73. -ISHARES INC. MSCI Singapore Index FD | | | | | | | | | |
| 74. -ISHARES INC. MSCI Malaysia Free Index FD | | | | | | | | | |
| 75. -JPMorgan Chase & Co. Alerian MLP Index ETN | | | | | | | | | |
| 76. -Common, Lundin Mng Corp. | | | | | Sold (part) | 07/18/13 | J | | |
| 77. -Shares, Potash Corp Sask Inc. | | | | | | | | | |
| 78. -Shares, Vale S A ADR | | | | | | | | | |
| 79. -Shares, Wisdomtree Emerg. Mkts Equity Income Fund | | | | | | | | | |
| 80. -Shares, Federal Realty Invst Tr. Sh. Ben. Int. | | | | | | | | | |
| 81. -Shares, Kimco Realty Corp. | | | | | | | | | |
| 82. -Fidelity Cash Reserves | | | | | | | | | |
| 83. T.RowePrice Rollover IRA: | E | Dividend | O | T | | | | | |
| 84. -T. Rowe Price Capital Appreciation | | | | | Buy (add'l) | 12/13/13 | J | | |
| 85. -Rowe Price Emerging Markets Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, Paige | 12/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | -Rowe Price Equity Income | | | | | Buy (add'l) | 12/12/13 | J | | |
| 87. | -Rowe Price Equity Index 500 | | | | | | | | | |
| 88. | -Rowe Price Health Sciences | | | | | Buy (add'l) | 12/16/13 | J | | |
| 89. | -Rowe Price International Discovery | | | | | | | | | |
| 90. | -Rowe Price Latin America | | | | | | | | | |
| 91. | -Rowe Price Mid-Cap Value | | | | | | | | | |
| 92. | -Rowe Price New Asia | | | | | Buy (add'l) | 12/17/13 | J | | |
| 93. | -Rowe Price New Horizons | | | | | | | | | |
| 94. | -Rowe Price Science & Technology | | | | | Sold (part) | 03/04/13 | J | | |
| 95. | -Rowe Price Small-Cap Value | | | | | Buy (add'l) | 12/13/13 | J | | |
| 96. | - Rowe Price Emerging Markets Bond | | | | | | | | | |
| 97. | -Rowe GNMA | | | | | | | | | |
| 98. | -Rowe High Yield | | | | | Buy (add'l) | 03/04/13 | J | | |
| 99. | -Rowe US Treasury Intermediate | | | | | | | | | |
| 100. | Fidelity Traditional IRA Acct.: | C | Dividend | M | T | | | | | |
| 101. | -Shares, CNOOC Limited ADS EACH REP 100 ORD HKDO 02 | | | | | | | | | |
| 102. | -Common, Berkshire Hathaway | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Shares, Seaspan Corporation | | | | | | | | | |
| 104. -Common, Vaalco Energy Inc. | | | | | | | | | |
| 105. -Dreyfus Opportunisti Midcap Value CL A Fund | | | | | Buy (add'l) | 12/04/13 | J | | |
| 106. -Teton Westwood Mighty Mites FD | | | | | Buy (add'l) | 11/26/13 | J | | |
| 107. RBC IRA Acct.: | A | Dividend | J | T | | | | | |
| 108. -Ishares Tr Nasdaq Biotech Index Fund | | | | | | | | | |
| 109. -Powershares QQQ Trust Unit Ser. 1 | | | | | | | | | |
| 110. MD State Retirement Plan - Sec. 457(b) Acct.: | B | Dividend | L | T | | | | | |
| 111. -Shares, Euro Pacific Growth Fund A | | | | | | | | | |
| 112. -Shares, Investment Contract Pool | | | | | Buy (add'l) | 09/04/13 | J | | |
| 113. -Shares, PIMCO Total Return Fund | | | | | Sold (part) | 09/04/13 | J | | |
| 114. -Shares, Vanguard Instl. Index Fund | | | | | | | | | |
| 115. IRA Accts. - American Century: | B | Dividend | L | T | | | | | |
| 116. -Equity Income Stock Fund | | | | | | | | | |
| 117. -Emerging Markets Stock Fund | | | | | | | | | |
| 118. -CMG Focus Fund | | | | | | | | | |
| 119. IRA Acct. - Greenspring Fund, Inc. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, Paige | 12/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. SEP Acct. - Greenspring Fund, Inc. | B | Dividend | K | T | | | | | |
| 121. RBC Roth IRA: | A | Dividend | J | T | | | | | |
| 122. -Shares, Nationwide Mut Fds New Highmark Value FD (renamed) | | | | | | | | | |
| 123. Vanguard Rollover IRA: | C | Dividend | L | T | | | | | |
| 124. -Shares, Convertible Securities | | | | | | | | | |
| 125. -Shares, Dividend Growth Fund | | | | | | | | | |
| 126. -Shares, Wellesley Income Fund | | | | | | | | | |
| 127. RBC Joint Brokerage Acct. (H): | | | | | | | | | |
| 128. -Common, Apple, Inc. | A | Dividend | K | T | Buy (add'l) | 03/13/13 | J | | |
| 129. -Common, Walt Disney Co. | | None | J | T | | | | | |
| 130. -US Govt. Money Market Fund RBC Reserve Class | A | Dividend | J | T | | | | | |
| 131. USAA Investment Acct. (H): | | | | | | | | | |
| 132. -USAA Money Market Fund | | | | | Redeemed | 05/20/13 | J | | |
| 133. -USAA Cornerstone Moderate Fund (formerly Balanced Str.) | A | Dividend | J | T | Buy (add'l) | 11/25/13 | J | | |
| 134. -USAA High Income Fund (formerly High-Yield Oppor. FD) | A | Dividend | | | Sold | 11/25/13 | J | A | |
| 135. -USAA Value Fund | A | Dividend | J | T | Buy (add'l) | 05/02/13 | J | | |
| 136. | | | | | Buy (add'l) | 11/25/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, Paige | 12/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. RBC IRA/A Acct. : | E | Int./Div. | O | T | | | | | |
| 138. -Shares, Advent Claymore Conv Sec & Income Fund | | | | | | | | | |
| 139. -Shares, Alps ETF Tr Alerian MLP | | | | | | | | | |
| 140. -Common, Amgen Inc. | | | | | | | | | |
| 141. -Shares, BCE Inc. New | | | | | | | | | |
| 142. -Shares, Blackrock Global Energy and Resources Trust | | | | | | | | | |
| 143. -Common, Caterpillar Inc. | | | | | | | | | |
| 144. -Shares, Compass Diversified Trust | | | | | | | | | |
| 145. -Shares, Cushing Renaissance Fund | | | | | Buy (add'l) | 06/26/13 | J | | |
| 146. -Shares, Cushing Royalty & Income Fund | | | | | Buy (add'l) | 06/26/13 | J | | |
| 147. -Note, Duke Rlty Ltd. Partnership, Due 5/15/13, 6.250% | | | | | Redeemed | 05/15/13 | J | | |
| 148. -Shares, Eaton Vance Tax Advantaged Dividend Income Fund | | | | | | | | | |
| 149. -Shares, Frontier Communications Corp Ser B | | | | | | | | | |
| 150. -Common, Gasco Energy Inc. | | | | | | | | | |
| 151. -Notes, General Electric Cap Corp., Due 5/13/14, 5.9% | | | | | | | | | |
| 152. -Common, General Electric Co. | | | | | | | | | |
| 153. -Shares, Goldman Sachs Group Inc. Dep Shs Repstg 1/1000 Pfd Ser D | | | | | Buy | 06/26/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, Paige | 12/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Common, Intermec Inc. | | | | | Sold | 09/17/13 | J | | |
| 155. -Shares, IShares TR S&P Pfd Stk Index Fund | | | | | Sold | 06/26/13 | K | A | |
| 156. -LP Unit, Kinder Morgan Energy Partners LP | | | | | | | | | |
| 157. -Note, Lowes Cos. Inc., Due 9/15/17, 6.1% | | | | | | | | | |
| 158. -Shares, MFS Value Fund A | | | | | | | | | |
| 159. -Common, Microsoft Corp. | | | | | | | | | |
| 160. -Shares, Munder Growth Opportunities Fund CL C | | | | | | | | | |
| 161. -Shares, Novartis A G ADR | | | | | | | | | |
| 162. -Common, Pepsico Incorporated | | | | | | | | | |
| 163. -Common, Sysco Corporation | | | | | | | | | |
| 164. -Shares, Vanguard Intl. Eq. Index FDS Emerg. Markets Fund | | | | | Buy (add'l) | 06/26/13 | J | | |
| 165. -Shares, Vanguard Sect.Index FDS Information Technology | | | | | Buy (add'l) | 06/26/13 | J | | |
| 166. -Common, Verizon Communications | | | | | | | | | |
| 167. -Shares, US Govt. Money Market Fund (RBC) | | | | | Buy (add'l) | 05/16/13 | J | | |
| 168. | | | | | Sold (part) | 07/01/13 | L | | |
| 169. | | | | | Buy (add'l) | 09/18/13 | J | | |
| 170. | | | | | Buy (add'l) | 09/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, Paige | 12/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 172. RBC IRA/B Acct.: | D | Dividend | N | T | | | | | |
| 173. -Common, AT&T Inc. | | | | | Buy | 06/26/13 | K | | |
| 174. -Shares, Blackrock Ecosolutions Investment Trust | | | | | | | | | |
| 175. -Common, Bristol Meyers Squibb Co. | | | | | | | | | |
| 176. -Common, Callaway Golf Co. | | | | | | | | | |
| 177. -Shares, Cohen & Steers Infrastructure Fund Inc. | | | | | | | | | |
| 178. -Common, ConocoPhillips | | | | | Buy | 06/26/13 | K | | |
| 179. -Constellation Energy Group Inc. Jr. Sub Deb Ser A 8.6% | | | | | Redeemed | 06/17/13 | J | | |
| 180. -Common, Eli Lilly & Co. | | | | | | | | | |
| 181. -Shares, Gabelli Dividend & Inc Trust | | | | | | | | | |
| 182. -Common, General Mills, Inc. | | | | | | | | | |
| 183. -Note, Ginnie Mae CMO/Series 2009-123, Due 8/20/39,4.5% | | | | | Redeemed | 05/20/13 | J | A | |
| 184. -Common, Gladstone Commercial Corporation | | | | | | | | | |
| 185. -Common, Johnson & Johnson | | | | | | | | | |
| 186. -Shares, Munder Growth Opportunities Fund Class A | | | | | | | | | |
| 187. -Shares, Pembina Pipeline Corp. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, Paige | 12/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Shares, Pimco Dynamic Income Fund | | | | | Buy | 06/26/13 | K | | |
| 189. -Shares, Vanguard World Funds- Vanguard Health Care ETF | | | | | | | | | |
| 190. -Shares, US Govt. Money Market Fund RBC Reserve Class | | | | | Buy (add'l) | 06/18/13 | J | | |
| 191. | | | | | Sold (part) | 07/01/13 | L | | |
| 192. | | | | | Sold (part) | 12/18/13 | K | | |
| 193. Rollover IRA - USAA FSB: | A | Dividend | J | T | | | | | |
| 194. -Shares, USAA Value Fund | | | | | Buy (add'l) | 10/21/13 | J | | |
| 195. -Shares, USAA Precious Metals & Minerals Fund | | | | | Sold | 10/21/13 | J | | |
| 196. ▢ . 1 RBC Acct. (H): | | | | | | | | | |
| 197. -Shares, Berkshire Hathaway CL B Inc. | | None | J | T | | | | | |
| 198. ▢ . 2 RBC Acct. (H): | | | | | | | | | |
| 199. -Shares, Berkshire Hathaway CL B Inc. | | None | J | T | | | | | |
| 200 ▢ Savings Bonds-EE | | None | J | T | | | | | |
| 201. ▢ 1 USAA Invest. Acct (H): | | | | | | | | | |
| 202. --USAA Cornerstone Moderate Fund | A | Dividend | J | T | Redeemed (part) | 10/24/13 | J | A | |
| 203. --USAA Value Fund | A | Dividend | J | T | Buy | 10/24/13 | J | | |
| 204 ▢ . 2 USAA Accts. (H): | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 16 of 20

Name of Person Reporting

Marvel, Paige

Date of Report

12/30/2014

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -USAA Investment Acct. (H): | | | | | | | | | |
| 206. --USAA Cornerstone Moderate Fund | A | Dividend | J | T | Redeemed (part) | 10/24/13 | J | A | |
| 207. --USAA Value Fund | A | Dividend | J | T | Buy | 10/24/13 | J | | |
| 208. -USAA Roth IRA- Shares, Total Return Strategy Fund | A | Dividend | J | T | Buy (add'l) | 04/15/13 | J | | |
| 209. ____ . 2 -Emory Univ. Retirement Plan, Shs., FID Freedom K 2055 Fun | | None | J | T | Open | 09/02/13 | J | | |
| 210. 529 Acct. No. 3 - College Svgs Plans of MD (H) | | | | | | | | | |
| 211. -Money Market Portfolio | | None | J | T | Distributed (part) | 02/08/13 | J | | |
| 212. 529 Acct. No. 4 - College Svgs Plans of MD (H) | | | | | | | | | |
| 213. -Money Market Portfolio | | None | J | T | Distributed (part) | 03/14/13 | J | | |
| 214. 529 Acct. - Vanguard ____ Income Fund | A | Dividend | J | T | | | | | |
| 215. 529 Acct. - Vanguard ____ (H) : | | | | | | | | | |
| 216. -Income (Y) | | | | | | | | | |
| 217. -500 Index (Y) | | | | | | | | | |
| 218. - Small-Cap Index (Y) | | | | | | | | | |
| 219. - Total Int. Stk. Index (Y) | | | | | | | | | |
| 220. - Value Index (Y) | | | | | | | | | |
| 221. REH Irrevocable Trust (H): | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, Paige | 12/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Fidelity Inherited IRA : | C | Dividend | M | T | Distributed (part) | 12/30/13 | K | | |
| 223. --Shares, Spartan US Bond Index Fund (corrected name) | | | | | Sold (part) | 12/30/13 | K | | |
| 224. --Shares, Fidelity Focused Stock Fund | | | | | Buy | 06/26/13 | K | | |
| 225. | | | | | Buy (add'l) | 06/27/13 | L | | |
| 226. | | | | | Sold (part) | 12/30/13 | J | | |
| 227. --Shares, Fidelity Short Term Bond | | | | | | | | | |
| 228. --Shares, Harbor Capital Appreciation Instl. | | | | | | | | | |
| 229. --Shares, Invesco Gold & Precious Metals Inv | | | | | Sold | 06/26/13 | K | | |
| 230. --Fidelity Cash Reserves | | | | | | | | | |
| 231. -Promissory Note from Vicki A. Marvel, 6% | A | Interest | L | T | | | | | |
| 232. -M&T Money Market Acct. | A | Interest | L | T | | | | | |
| 233. LHH Revocable Trust (H):: | | | | | | | | | |
| 234. -Fidelity Roth IRA (H): | A | Dividend | K | T | | | | | |
| 235. --Shares, Fidelity Canada | | | | | Sold | 06/26/13 | J | A | |
| 236. --Shares, Fidelity Contrafund | | | | | | | | | |
| 237. --Shares, Fidelity Interm. Govt. Income | | | | | | | | | |
| 238. --Shares, Fidelity Select Biotechnology | | | | | Buy | 06/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, Paige | 12/30/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -M&T Money Market Acct. | B | Interest | N | T | | | | | |
| 240. -TIC Fidelity Acct (H).: | | | | | | | | | |
| 241. --Shares, Fidelity Municipal Inc. | B | Dividend | K | T | | | | | |
| 242. --Shares, Fidelity Government Income | A | Dividend | J | T | | | | | |
| 243. --Shares, Fidelity Intermediate Muni Income | A | Dividend | J | T | | | | | |
| 244. --Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 245. -Bank of Oklahoma (BOO) Checking Acct. | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, Paige | 12/30/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

2013 Amended Report, Personal Information: I have previously filed as "L. Paige Marvel." Because the form will no longer permit me to enter my name as I use it, I am now filing as "Paige Marvel". In addition, as I have now been confirmed for a second term and have taken the oath of office, I have changed my title to "Judge".

2013 Amended Report, part VII, line 16: Please be advised that I have added a parenthetical X to this entry. It became reportable by reasons of the fact the value of this asset exceeded $1,000 as of the end of 2013.

2013 Amended Report, part VII, line 80: Line 80 of my 2013 Report incorrectly reported an asset, stock in World Transport Authority, Inc., held in one of my husband's IRA accounts that continues to be exempt because it does not meet the reporting thresholds. I have eliminated that asset from the 2013 Amended Report. Line 80 of the 2013 Amended Report now shows the next asset in line.

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, Paige | 12/30/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paige Marvel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544